THE PEOPLE EX REL. DOROTHY STORTZ v. THE CIRCUIT
JUDGE FOR INGHAM COUNTY.

*Breach of promise.*

Breach of promise must be sued for in assumpsit before a justice
of the peace if the damages are below $100.

Costs go to the defendant when judgment for breach of promise does not exceed $100.

MANDAMUS.    Submitted January 22.    Decided January 23.    Denied.

*Chapin & Handy* for the relator.

*M. V. Montgomery* for the respondent.

PER CURIAM.    Breach of promise is sued for in assumpsit like any other agreement; and no statute has denied jurisdiction over such suits to justices of the peace, whose jurisdiction is exclusive in assumpsit to $100.

It was decided in *Strong v. Daniels*, 3 Mich., 466, that where the judgment is for an amount within the jurisdiction of a justice, and not reduced by set-off from a larger sum, or otherwise specially provided for in the statutes concerning costs, the defendant and not the plaintiff is entitled to costs.    There is a clerical error in the recital of the statute in that case as reported.

The circuit judge was right in holding that on a judgment for $100, costs should go to defendant.